# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
**www.nyeb.uscourts.gov**

---------------------------------------------------------------------------x

In Re:

    Freeport Gate LLC

Case No.: **22-71639-reg**

Chapter 11

---------------------------------------------------------------------x

    Level Up Developers LLC

Adv Proc. 22-08055-reg

                         Plaintiff

    vs.

    Freeport Gate LLC

                         Defendant

-------------------------------------------------------------------------x

## NOTICE OF PRE-TRIAL CONFERENCE

To the above-named parties:

    **A Notice of Removal** of the above captioned proceeding having been filed on  July 15, 2022  and no motion for remand having been brought (or any such motion having not been granted);

    **NOTICE IS HEREBY GIVEN**, that a pre-trial conference with respect to the complaint herein has been set before the  **Honorable Robert E. Grossman**  on  **August 22, 2022**  at **10:00 am**, at the **United States Bankruptcy Court,** located at **290 Federal Plaza, Central Ilsip, New York 11722**, in courtroom **860.**

Dated: Central Islip, New York
       August 22, 2022

                                          **ROBERT A. GAVIN, JR.**
                                          **Clerk of Court**

                             By:  **/s/ Ross Matray**
                                          *Deputy Clerk*

# UNITED STATES BANKRUPTCY COURT
Eastern District of New York

## NOTICE OF ELECTRONIC FILING PROCEDURE

**The following applies to all adversary proceedings filed on or after January 1, 2003.**

The court's Electronic Case Filing ("ECF") system is accessible via the court's Internet site at www.nyeb.uscourts.gov. In compliance with Federal Rule of Civil Procedure 11 and the court's General Order on Electronic Filing Procedures ("General Order #473"), the attorney's initials, the last four digits of the attorney's social security number and the password assigned to the attorney by the court shall constitute the attorney's signature on any document filed electronically. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #473.

All parties with legal representation must file documents by one of the following methods:

**1. INTERNET** *(Preferred Method)***:** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running a standard Windows platform (Windows 98/Me/NT/2000/XP); an Internet provider using Point to Point Protocol (PPP) for dial-up service, or offering DSL or cable service; Netscape Navigator software version 4.7x or higher or Microsoft Internet Explorer version 5.5 or higher; and software to convert documents from a word processing format (e.g., Corel WordPerfect or Microsoft Word) to portable document format (PDF). (If the word processing software you use does not contain a built-in conversion utility, you will need Adobe Acrobat, version 4.01 or higher.) ECF login is available at the court's Internet site at www.nyeb.uscourts.gov. Note that a password is needed to file documents directly into the system over the Internet. Please contact the court to obtain a password. In addition, a PACER login is needed to view or print documents from the system. A PACER login can be obtained by calling the PACER Service Center at 1-800-676-6856 or by visiting their Internet site at http://pacer.psc.uscourts.gov.

**2. DISKETTE, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built-in conversion utility. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of the document, and the file name on the diskette.

**3. DISKETTE, NON-PDF FORMAT:** If you are unable either to file over the Internet or create documents in PDF format, you must submit your documents on a diskette in one of the following formats: Corel WordPerfect, Microsoft Word, DOS text(ASCII) or a scanned image of your filing. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of the document, and the file name on the diskette.

**Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules**